MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant, *v.* MARY FITZPATRICK, Respondent.

Supreme Court, Appellate Term, First Department, June 10, 1943.

*Louis W. Dawson* for appellant.

*William Gibbs* for respondent.

MEMORANDUM *Per Curiam.* The mortgagee was entitled to the rents by reason of the agreement of the mortgagor giving the assignment of rents and the right to re-enter upon default. There was a default and demand for possession and therefore the tenant should have paid the rent to the mortgagee.

Judgment reversed and judgment directed for plaintiff as claimed in the summons, with costs.

SHIENTAG, McLAUGHLIN and HECHT, JJ., concur.